# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT OF JUDGE
MARILYN J. HORAN AS
ADMINISTRATIVE JUDGE OF THE
COURT OF COMMON PLEAS OF
BUTLER COUNTY

: No. 344 Judicial Classification Docket
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2017, in accordance with the general supervisory powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, the Honorable Marilyn J. Horan is hereby appointed as Administrative Judge of the Court of Common Pleas of Butler County until further order of this Court, effective immediately.